■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST ROBINSON, Appellant. [865 NYS2d 588]—Judgment,

Supreme Court, New York County (Charles H. Solomon, J.), rendered on or about November 13, 2007, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, McGuire, Moskowitz and Renwick, JJ.